**Order entered May 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01586-CV

### CATHIE REISLER, Appellant

### V.

### KEITH REISLER, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-50508-2010**

## ORDER

We **GRANT** appellee's May 29, 2013 unopposed second motion for an extension of time to file his brief. Appellee shall file his brief on or before July 1, 2013. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE